IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )        CHAPTER  13
Bryan M. Kimmet and Sheri L. Kimmet, )
          Debtors                           )   Bankruptcy #13-15946-bif


## WITHDRAWAL & ENTRY OF APPEARANCE

To the Clerk, the Ch. 13 Trustee, Debtors' Attorney and U.S. Trustee:

Please withdraw the appearance of D. Lynne Ferguson, Esquire on behalf of the

Lancaster County Tax Claim Bureau due to health reasons and enter the appearance of

Matthew Bleacher, Esquire on behalf of the Lancaster County Tax Claim Bureau.

DATED:  October  28, 2016                   By:  /s/ D. Lynne Ferguson_____
                                            D. Lynne Ferguson, Esquire
                                            Atty. I.D. No.: 56365
                                            5148 Summerfield Dr.
                                            Mount Joy, PA 17552
                                            717-381-1255
                                            FergusonLaw@comcast.net


                                            By:  /s/ Matthew Bleacher_____
                                            Matthew Bleacher, Esquire on behalf of
                                            the Lancaster County Tax Claim Bureau
                                            Atty. I.D. No.:321958
                                            212 N. Queen St.
                                            Lancaster, PA 17603
                                            717-299-3726
                                            mbleacher@n-hlaw.com