IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Bryan M. Kimmet and Sheri L. Kimmet, | ) | |
| Debtors | ) | Bankruptcy #13-15946-bif |

## PRAECIPE TO DESIGNATE CLAIM AS SATISFIED

To the Clerk, the Ch. 13 Trustee, Debtors' Attorney and U.S. Trustee:

Kindly mark the Lancaster County Tax Claim Bureau's claim against the Debtor (Claim Number 14) as satisfied and paid in full based on the last distribution of the Chapter 13 payments by the Chapter 13 Trustee.

Respectfully submitted,

DATED:  August 11, 2017        By:    /s/ Matthew Bleacher_____
                                                Robert S. Cronin, Esquire (#87810)
                                                Matthew S. Bleacher, Esquire (#321958)
                                                Nikolaus & Hohenadel, LLP
                                                212 North Queen Street
                                                Lancaster, PA 17603
                                                717-299-3726(T)/717-299-1811(F)