United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 13-15946-amc
Bryan M. Kimmet                                                Chapter 13
Sheri L. Kimmet
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW          Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb         +Bryan M. Kimmet,    Sheri L. Kimmet,    1343 Holtwood Road,    Holtwood, PA 17532-9714
13101082       +Bank of America,    c/o Andrew F. Gornall, Esq,    701 Market Street, Ste 5000,
                 Phila., PA 19106-1541
13094573        Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
13137571       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13226355       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13193899       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13094576        CCB Credit Services, Inc,    PO Box 272,    Springfield, IL 62705-0272
13094575       +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
13137895        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13170778        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13094577        Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13129119       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW135,    Warwick RI 02886-1321
13094578        First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
13094581       +Hayt, Hayt & landau, LLC,    PO Box 500,    Two Industrial Way West,    Eatontown, NJ 07724-2279
13094580        Hayt, Hayt & landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13243035        Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P.O. Box 1447,
                 Lancaster, PA 17608-1447
13155984       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
13094583       +Lancaster General Hospital,    PO Box 824809,    Philadelphia, PA 19182-4809
13094570       +Michael D. Hess,    Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13094584        PNC,    PO Box 856177,    Louisville, KY 40285-6177
13096756       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13180258       +Penn Manor School District,    PO Box 3019,    Lancaster, PA 17604-3019
13094585        RBS Citizens,    PO Box 42113,    Providence, RI 02940-2113
13094587        Wells Fargo,    PO Box 650828,    Dallas, TX 75265-0828
13136590        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:32      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:51:29
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13167746       +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:43:43      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13126530        E-mail/Text: bkr@cardworks.com Dec 21 2017 01:42:23      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13134130       +E-mail/Text: cio.bncmail@irs.gov Dec 21 2017 01:42:39      DEPARTMENT OF THE TREASURY,    IRS,
                 600 ARCH STREET,    RM 5200,    PHILADELPHIA PA 19106-1611
13194136        E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:48      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13094582       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2017 01:42:35      Kohls,    P O Box 2983,
                 Milwaukee, WI 53201-2983
13210633        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:51:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13094586        E-mail/Text: bankruptcy@remitcorp.com Dec 21 2017 01:43:35      Remit Corporation,
                 36 W. Main Street,    Bloomsburg, PA 17815
                                                                                               TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,
                 Lancaster, PA 17608-1447
13094572*      +Bryan M. Kimmet,    1343 Holtwood Road,    Holtwood, PA 17532-9714
13094571*      +Sheri L. Kimmet,    1343 Holtwood Road,    Holtwood, PA 17532-9714
13094574        ##Brandsource,    PO Box 183015,    Columbus, OH 43218-3015
13094579        ##+Gordon & Weinnberg, P.C.,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
                                                                                        TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                   Date Rcvd: Dec 20, 2017
                               Form ID: 138NEW             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com, bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              MICHAEL D. HESS    on behalf of Joint Debtor Sheri L. Kimmet amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Bryan M. Kimmet amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bryan M. Kimmet and Sheri L. Kimmet

    Debtor(s)

Bankruptcy No: 13−15946−amc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/20/17

64 − 63
Form 138_new